# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2176
_____

TIMBERVIEW HELICOPTERS, INC.,

    Appellant,

    v.

OKALOOSA COUNTY, FLORIDA by
and through the Okaloosa
County Board of County
Commissioners, a political
subdivision of the State of
Florida; and TRACY STAGE,
individually and in his capacity
as the Okaloosa County Airports
Director,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

October 30, 2025

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason B. Gonzalez, Mathew D. Gutierrez, and Adam Brandon of Lawson Huck Gonzalez, PLLC, Tallahassee; Michael Schofield and J. Troupe Brewer of Clark Partington, Pensacola; Kimberly C. Cole of The Cole Law Firm, Niceville, for Appellant.

Gregory T. Stewart and Matthew R. Shaud of Nabors, Giblin & Nickerson, P.A., Tallahassee, for Appellees.